No. 527, Misc. MYLES *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 536, Misc. FERGUSON *v.* ILLINOIS. Circuit Court of Rock Island County, Illinois. Certiorari denied.

No. 537, Misc. BANKS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 540, Misc. SMITH *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 545, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 547, Misc. CROWE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 548, Misc. KREUTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 549, Misc. PELLEGRINI *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 550, Misc. FLEISCHMAN *v.* NEW YORK ET AL. Supreme Court of New York, Cayuga County. Certiorari denied.

No. 551, Misc. GOODSON *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.